No. 91–584. SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5021. SHOUPE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5023. BOLDEN *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 91–5031. NEAL *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–5032. MONSANTO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5180. SIMPSON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 91–5218. WARNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5282. MONSANTO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5318. POLLARD *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 91–5350. CULBERSON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 91–5395. DICKEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5406. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5453. NAGAC *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 91–5460. SCOTT *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5467. JENKINS *v.* DUGGER ET AL. C. A. 11th Cir. Certiorari denied.